AO 98 (Rev. 01/09) Defendant's Appearance Bond — *See rider attached* —

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America )
v. )
Rohan Wijetilaka ) Case No. 12 CR 924
Defendant )

## AMENDED
## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other prope[rty to] the United States of America if this defendant fails to appear as required for any court proceeding or for the service o[f any] sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set b[y the] court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is [not] subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. [We] deposit with the court the following ownership documents, including any encumbrance documents *(list all documents [you] submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed o[n the] defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any app[eal] or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges [or, if] convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the [court] will immediately order the property forfeited and on motion of the United States of America may order a judgmen[t of] forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 98 (Rev. 01/09) Defendant's Appearance Bond

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

_____
Defendant's signature

Date: 9/18/2013

City and state: 18, CASTLE WALK
SCARSDALE NY 10583

RANJAN CAIN
Property owner's printed name

_____
Property owner's signature

Ruvini Wijetilaka
Property owner's printed name

_____
Property owner's signature

Dilani Wijetilaka
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

_____, Deputy Clerk 9/18/13
as to RANJAN CAIN

Date:

CLERK OF COURT

Vincent J Babits
Signature of Clerk or Deputy Clerk
9/20/13

Approved.

Date:

_____
Judge's signature

1) $3 million personal bond, secured by the following properties; 99 John St., NY, NY apartments 2305 and 2306 (approximate total value of 1.2 million) and 524 72nd St., apt. 46 C (approximate value of $1.2 -$1.3 million), plus an additional $500,000 in cash previously posted..

2) Cosigned by 3 financially responsible people to include his two daughters,. Ruvini and Dilani Wijetilaka.

3) Strict Pretrial Supervision to include home detention enforced by electronic monitoring (leave exceptions for attorney meetings (during business hours), medical, PSA visits and Court appearances). All other requests shall be made to the Court in advance. The defendant shall pay for the costs associated with electronic monitoring, currently $3.18 daily.

4) No contact with victims/witnesses in this case unless in the presence of counsel.

5) No transfer of real estate or real property of which the defendant is an owner/part-owner.

6) Travel limited to the SD/EDNY

7) Surrender of passport (defendant's passport was seized at the time of his arrest) and the defendant's daughters passports. Not to apply for new travel documents.

The defendant is detained until all conditions imposed have been met.